ALBERT H. KOEHLER, Plaintiff, *v.* DEPARTMENT OF AGRICULTURE AND MARKETS OF THE STATE OF NEW YORK; PETER G. TEN EYCK, as Commissioner of the Department of Agriculture and Markets of the State of New York; and JOHN R. REIDY, as an Inspector and/or Deputy of the Department of Agriculture and Markets of the State of New York, Defendants.

Supreme Court, Special Term, Broome County, July 8, 1937.

See headnote in *Pavlick* v. *Department of Agriculture & Markets* (164 Misc. 42).

*Mangan & Mangan* and *Harry S. Travis*, for the plaintiff.

*John J. Bennett, Jr., Attorney-General; Henry Epstein, Solicitor-General; Milo R. Kniffen, Counsel to Department of Agriculture and Markets [Robert G. Blabey, Assistant Counsel*, of counsel], for the defendants.

McNAUGHT, J. For the reasons outlined in *Pavlick* v. *Department of Agriculture & Markets* (164 Misc. 42), decided concurrently herewith, the motion of the plaintiff for an injunction *pendente lite* is denied, without costs.

The motion of the defendants to dismiss the complaint is granted without costs, upon the ground that the complaint now fails to state cause of action, as it seeks to enjoin the enforcement and to secure a declaratory judgment of unconstitutionality as to a statute that by legislation has ceased to exist.

Submit orders accordingly.